IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-cv-595-FDW

| | |
|---|---|
| KALISHWAR DAS,<br><br>                Plaintiff,<br>v.<br><br>MECKLENBURG COUNTY SHERIFF'S OFFICE; MECKLENBURG COUNTY SUPERIOR COURT; JOHN F. MORGAN, JR., and SCGVIII LAKEPOINTE, LLC,<br><br>                Defendants. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

      COME NOW Defendants John F. Morgan, Jr. and SCGVIII Lakepointe, LLC (collectively "Defendants"), by and through the undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and before the time for filing their responsive pleading has expired, and without waiving any defenses, hereby respectfully requests a twenty (20) day extension of time in which to serve its Answer or other response to Plaintiff Kalishwar Das's ("Plaintiff") Complaint. In support of this Motion, Defendants show the Court the following:

      1.    Plaintiff served a copy of the Summons and Complaint on Defendants upon the undersigned counsel for the Defendants on July 1, 2024 by USPS Certified Mail.

      2.    Plaintiff filed an Affidavit of Service with the Court reflecting service of the Defendants on June 27, 2024, not on July 1, 2024, the date the undersigned counsel for the Defendants was served with a copy of the Summons and Complaint by USPS Certified Mail.[1]

---

[1] The undersigned counsel for Defendants did not consent to a Waiver of Service and the Defendants do not concede that service upon their counsel constitutes sufficient service under the Federal Rules of Civil Procedure and reserve their right to challenge the sufficiency of service of process in their first responsive pleading.

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants have until July 18, 2024, to submit a responsive pleading or other response to the Complaint.[2]

4. Defendants request this extension in good faith, not for purpose of delay, and requests such additional time to evaluate and prepare its responses to the various and multiple allegations set forth in the Complaint.

5. Consultation with Plaintiff is not required prior to filing this motion, pursuant to Local Rules 7.1(b)(2) and 7.1(b)(3).

WHEREFORE, Defendants John F. Morgan, Jr. and SCGVIII Lakepointe, LLC respectfully prays the Court for an Order extending the time to serve a responsive pleading or other response to Plaintiff's Complaint by an additional twenty (20) days, up through and including Wednesday, August 7, 2024.

Respectfully submitted, this 17th day of July, 2024.

**JOHNSTON, ALLISON & HORD, P.A.**

/s/ J. Nathanial Pierce
J. Nathanial Pierce, NC State Bar No. 52344
npierce@jahlaw.com
1065 East Morehead Street
Charlotte, NC 28204
Telephone No.: (704) 332-1181
Facsimile No.: (704) 376-1628
*Attorneys for Defendants John F. Morgan, Jr. and SCGVIII Lakepointe, LLC*

---

[2] Defendants contend that they were not served on June 27, 2024; however, as Plaintiff filed an Affidavit of Service with the Court reflecting service on June 27, 2024, Defendants' responsive pleading would be due on July 18, 2024.

# CERTIFICATE OF SERVICE

The undersigned hereby certified that the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the following parties/persons that are registered for service electronically and by U.S. Mail:

Kalishwar Das
1505 The Crossing
Rock Hill, SC 29732
*Pro Se Plaintiff*

Mecklenburg County Sheriff's Office
700 E. 4th Street
Charlotte, NC 28202
*Defendant*

Mecklenburg County Clerk of Court
832 E. 4th Street
Charlotte, NC 28202
*Defendant*

Respectfully submitted, this 17th day of July, 2024.

**JOHNSTON, ALLISON & HORD, P.A.**

/s/ J. Nathanial Pierce
J. Nathanial Pierce, NC State Bar #52344
npierce@jahlaw.com
1065 East Morehead Street
Charlotte, NC 28204
Telephone No.: (704) 332-1181
Facsimile No.: (704) 376-1628
*Attorneys for Defendants John F. Morgan, Jr. and SCGVIII Lakepointe, LLC*